83,920-01

Dear Abel Acosta, clerk
of court of criminal Appeals
of Texas Please write me
back and tell me why they
denied my Appeal I would
like to know Please thank you
Very much.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

CLINT Alan Hawkins
TDCJ# 1773969
Hodge unit
379 Fm 2972
Rusk, Texas 75785